O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN QUOC PHAM,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Adelanto ICE Processing<br>Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-00793-FMO-KES<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 10).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 12) have been made.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.  IT IS THEREFORE ORDERED that:

1.    Respondents are directed to immediately release Petitioner from custody;

2.    Within **seven (7) days** of this order, Respondents shall file a status

report confirming that they have released Petitioner;

3.    Judgment shall be entered (a) granting Ground One of the Petition, (b) dismissing Grounds Two, Three, and Four of the Petition as moot, and (c) dismissing Ground Five of the Petition as unripe.

DATED:  March 19, 2026

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

2