JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TUAN QUOC PHAM,

        Petitioner,

    v.

WARDEN, Adelanto ICE Processing Center, et al.,

        Respondents.

Case No. 5:26-cv-00793-FMO-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Ground One of the Petition is **granted**; Grounds Two, Three, and Four of the Petition are **dismissed** as moot; and Ground Five of the Petition is **dismissed** as unripe.

DATED:  March 19, 2026

                /s/_____

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE